UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 18-20293

v.        HON. TERRENCE G. BERG

CARL BROWN,

        Defendant.
_____/

## ORDER TO SEAL

Carl Brown has moved to seal his Supplemental Brief in Support of Second Renewed Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) and accompanying exhibits. Having been duly advised in the premises and supporting authority;

IT IS HEREBY ORDERED that Carl Brown's Supplemental Brief in Support of Second Renewed Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) and accompanying exhibits shall be filed by the Clerk under seal.

        /s/Terrence G. Berg
        HONORABLE TERRENCE G. BERG
        United States District Judge

Dated: November 2, 2022